Michael J. Avenatti (State Bar No. 206929)
Alexander L. Conti (State Bar No. 155945)
EAGAN O'MALLEY & AVENATTI, LLP
450 Newport Center Drive, Second Floor
Newport Beach, CA 92660
(949) 706-7000
(949) 706-7050 (Fax)

JS-6

NOTE: CHANGES MADE BY THE COURT

Attorneys for Plaintiff
ACCO BRANDS USA LLC

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ACCO BRANDS USA LLC,<br><br>      Plaintiff,<br>vs.<br><br>THE ASHLEY COLLECTION, INC. dba PROTOCOL,<br><br>      Defendant. | Civ. Action No. 09-cv-08535<br>Hon. S. James Otero |

**AGREED CONSENT JUDGMENT ORDER AGAINST**

**THE ASHLEY COLLECTION, INC.**

**THIS MATTER COMING ON TO BE HEARD** upon the Complaint of Plaintiff ACCO Brands USA, LLC ("ACCO") against the Defendant The Ashley Collection, Inc. ("Ashley") (each a "Party"), and the Stipulation of the Parties hereto, **The Court being fully advised in the premises, HEREBY FINDS BASED ON THE STIPULATION OF THE PARTIES, AND IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:**

1. Plaintiff ACCO is a limited liability company organized under the laws of the State of Delaware, and having a principal place of business at 300 Tower Parkway, Lincolnshire, Illinois 60069.

2. Defendant Ashley is organized under the laws of the State of New York, and has a principal place of business at 600 West 57th Street, 2nd Floor, New York, NY 10019.

3. This is a civil action for patent infringement arising under the United States Patent Statutes, 35 U.S.C. § 1 *et. seq.*

4. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

5. Ashley consents to this Court's personal jurisdiction.

6. Venue is proper in this District under 28 U.S.C. §§ 1391(b)-(c) and 1400(b).

7. ACCO is the assignee and owner of United States Patent No. 7,100,403 ("the '403 Patent"), entitled "Computer Physical Security Device," to Murray, Jr., *et al.*

8. ACCO is the assignee and owner of United States Patent No. 7,121,125 ("the '125 Patent"), entitled "Computer Physical Security Device," to Murray, Jr., *et al.*

9. ACCO is the assignee and owner of United States Patent No. 5,562,989 ("the '989 Patent"), entitled "Computer Physical Security Device," to Murray, Jr., *et al.*

10. ACCO is the assignee and owner of United States Patent No. 6,006,557 ("the '557 Patent"), entitled "Computer Physical Security Device," to Murray, Jr., *et al.*

11. ACCO's '403 and '125 Patents are valid and enforceable.

**AGREED CONSENT JUDGMENT ORDER AGAINST THE ASHLEY COLLECTION, INC.**

12. Ashley has directly and contributorily infringed, and induced others to infringe, one or more claims of the '403, '125, '989 and '557 Patents, by making, using, offering to sell, and/or selling within the United States certain computer security locks.

13. Ashley is no longer making, using, offering to sell, and/or selling within the United States such computer security locks that infringe one or more claims of the '403, '125, '989, and '557 Patents.

14. Ashley no longer maintains any inventory of any computer security lock that infringes one or more claims of the '403, '125, '989, and '557 Patents.

15. Ashley and its officers, agents, servants, and employees, and those persons in active concert or participation with Ashley, who receive actual or constructive notice of this Order as specified in Fed. R. Civ. P. 65(d), are hereby permanently enjoined from making, using, selling, or offering for sale, from actively inducing others to make, use, sell, offer for sale, and/or from contributing to the making, using, selling, or offering for sale of the patented invention as claimed in the '403, '125, '989 and '557 Patents, except (i) as expressly permitted by the Settlement Agreement, (ii) end users who have purchased Ashley computer security locks, as of the Effective Date, or as permitted in clause (iii) below, or who have received such locks from Warranty Replacement Inventory, shall be allowed to continue use of such locks and (iii) distributors, retailers and resellers that have title to inventory of Ashley Locks as of the Effective Date shall be allowed to continue to sell and offer for sale such locks.. This injunction shall expire without further action by the Court (a) upon the expiration of the '403, '125, '989, and/or '557 Patents, to the extent of such expiration or (b) upon the final judgment by any court of competent jurisdiction, or determination by the Patent Office, and the exhaustion or expiration of all appeals, that any claims of any of the '403, '125, '989, or '557 Patents or both are invalid or unenforceable, but only to the extent of such judgment or determination of invalidity or unenforceability.

16. Except as expressly set forth in this Consent Judgment Order, nothing in the Consent Judgment Order shall limit, abridge, prejudice, or foreclose any claims and/or rights and/or obligations of any Party.

17. The Parties agree to waive their rights to appeal this Consent Judgment Order on any grounds.

18. This Consent Judgment Order is a final order disposing of all issues in this action between ACCO and Ashley, and except to the extent detailed in the Settlement Agreement and this Consent Judgment Order, all claims and counterclaims between ACCO and Ashley are dismissed with prejudice.

19. This Court retains exclusive jurisdiction and venue over this action solely to enforce the terms of this Consent Judgment Order and the terms of the Settlement Agreement between the parties.

20. Each Party shall bear its own attorneys' fees and costs.

Dated this 16th day of February, 2010

**IT IS SO STIPULATED:**

By_____      By: _____
   Richard Bier, Esq.                          Michael J. Avanetti
   Greenberg Traurig, LLP                      Eagan, O'Malley & Avenatti LLP
   200 Park Avenue                             450 Newport Center Drive
   New York, NY 10166                          Second Floor
   *Designated Local Counsel for*              Newport Beach, CA 92660
   *Defendant The Ashley Collection, Inc.*     *Counsel for Plaintiff*
                                               *ACCO Brands USA, LLC*

THE STIPULATION AGREED TO ARE BINDING ONLY AS TO THE PARTIES TO THE CONSENT JUDGMENT.

Dated this 10th day of March, 2010   By: ___*S. James Otero*___
                                           Honorable S. James Otero
                                           United States District Court
                                           Central District of California

- - 4 - -
**AGREED CONSENT JUDGMENT ORDER AGAINST THE ASHLEY COLLECTION, INC.**